IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SYLVIA SCARBROUGH, | ) | CAUSE NO. 1:21-cv-02595-TWP-TAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SAM'S EAST, INC. d/b/a SAM'S CLUB and WAL-MART STORES EAST, LP, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Sylvia Scarbrough, and Defendants Sam's East, Inc. d/b/a Sam's Club and Wal-Mart Stores East, LP, by their respective counsel, having stipulated that said action shall be dismissed, with prejudice, and the Court, being duly advised, now orders that said action is hereby dismissed with prejudice, each party to bear his own costs.

Date: 6/16/2022

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF